# EXHIBIT C

{B2426999.1}

EQT Corporation
625 Liberty Ave.
Pittsburgh, PA 15222

## Gas Wells and UIC Well

Fayette County

Created By: stanleyjp

Printed By: stanleyjp on 1/26/2016

**Legend**

- Active Vertical
- Active Horizontal
- Inactive
- Storage Wells
- 3rd Party Operated Wells
- Plugged and Abandoned Wells
- Counties
- Hydro Lines
- USA Topo Maps

1 " = 6,000 '

6,000 3,000 0 6,000

Feet

Disclaimer:

This map is to be used only for the express informational purposes for which it was created.
Unauthorized use, copying, or dissemination is strictly prohibited.
Well locations and boundary lines are approximate based on available information.

