```
            UNITED STATES DISTRICT COURT
         SOUTHERN DISTRICT OF WEST VIRGINIA
                     AT CHARLESTON
```

EQT PRODUCTION COMPANY,

       Plaintiff,

v.                                      Civil Action No. 16-00290

MATTHEW D. WENDER, in his official
capacity as President of the County
Commission of Fayette County, West Virginia,
DENISE A. SCALPH, in her official
capacity as a Commissioner of the County
Commission of Fayette County, West Virginia,
and JOHN H. LOPEZ, in his official
capacity as a Commissioner of the County
Commission of Fayette County, West Virginia,

       Defendants.

## ORDER

For reasons appearing to the court, it is ORDERED that the hearing scheduled to take place on Friday, June 10, 2016, at 10:00 AM be, and it hereby is, rescheduled for 2:00PM

The Clerk is requested to transmit copies of this order to all counsel of record and any unrepresented parties.

                                          DATED: June 10, 2016

                                          John T. Copenhaver, Jr.
                                          United States District Judge