# District Judge Daybook Entry

United States District Court - Southern District of West Virginia at Charleston
Date: 6/10/2016                                                                                          Case Number 2:16-cv-00290
Case Style: EQT Production Company vs. Wender
Type of hearing Preliminary Injunction Hearing
Before the honorable: 2508-Copenhaver
Court Reporter Catherine Schutte-Stant                                          Courtroom Deputy
Attorney(s) for the Plaintiff or Government Timothy Miller,Christopher Power


Attorney(s) for the Defendant(s) Thomas Rist,Derek Teaney


Law Clerk RBMcC                                                                                   Probation Officer

Trial Time


Non-Trial Time

Other non-evidentiary hearing. Type: Scheduling hearing


Court Time

2:08       to 2:14
Total Court Time: 0 Hours 6 Minutes Non-Trial Time/Uncontested Time


Courtroom Notes

START: 2:08

The parties agreed to confer regarding various potential stipulations.  A conference call was set for 10:00 AM on Friday the 17th of June.

STOP: 2:14