# District Judge Daybook Entry

United States District Court - Southern District of West Virginia at Charleston
Date: 6/3/2016                                                              Case Number 2:16-cv-00290
Case Style: EQT Production Company vs. Wender
Type of hearing Pretrial Conference
Before the honorable: 2508-Copenhaver
Court Reporter Catherine Schutte-Stant                                      Courtroom Deputy
Attorney(s) for the Plaintiff or Government Timothy Miller,Christopher Power


Attorney(s) for the Defendant(s) Larry Harrah,Thomas Rist,Derek Teaney


Law Clerk McCaleb                                                           Probation Officer

Trial Time


Non-Trial Time

Pretrial conference (including settlement and telephone conferences).


Court Time

2:32      to 2:28
Total Court Time: -1 Hours -4 Minutes Non-Trial Time/Uncontested Time


Courtroom Notes

start: 2:32

The parties and the court discussed the up-coming hearing, including whether witnesses would be presented, and other pre-hearing matters.

stop: 2:38